David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
2014 Tulare Street, Suite 210
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant, **SALVADOR VALENCIA-GALVAN**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
UNITED STATES OF AMERICA,)     Case No. 1:12 CR 000261 AWI
                         )
            Plaintiff,   )     STIPULATION AND ORDER
                         )     TO CONTINUE HEARING
       vs.               )
                         )
SALVADOR VALENCIA-GALVAN,)
                         )
            Defendant.   )
_____)
```

   THE PARTIES HEREBY STIPULATE AND AGREE that the hearing presently set for Monday, February 4, 2013, at 1:30 p.m., be continued to Monday, February 25, 2013, at 1:30 p.m.

   The parties require additional time to negotiate and enter into a plea agreement. Discussions are pending.

   Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice.

//
//

| | |
|---|---|
| Dated: January 30, 2013. | /s/ DAVID BALAKIAN<br>David Balakian,<br>Attorney for Defendant,<br>Salvador Valenica-Galvan |
| Dated: January 30, 2013. | /s/ KIMBERLY SANCHEZ<br>Kimberly Sanchez,<br>Assistant U.S. Attorney.<br><br>Ms. Sanchez consents to my request for continuance. |

**ORDER**

IT IS SO ORDERED.

Dated:   January 31, 2013

_____
SENIOR DISTRICT JUDGE

2