David V. Balakian, SBN 166749
BALAKIAN LAW OFFICES
2014 Tulare Street, Suite 210
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net.net

Attorney for Defendant, SALVADOR VALENCIA-GALVAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:12CR000261 AWI |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE HEARING |
| vs. ) | |
| ) | |
| SALVADOR VALENCIA-GALVAN, ) | |
| ) | |
| ) | |
| Defendant. ) | |

THE PARTIES HEREBY STIPULATE AND AGREE that the hearing presently set for Monday, March 11, 2013, at 1:30 p.m., be continued to Monday, April 1, 2013, at 1:30 p.m.

Defendant is requesting additional time to consider the plea offer.

Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice.

//

//

Dated: March 6, 2013.                        /s/ DAVID BALAKIAN
                                             David Balakian,
                                             Attorney for Defendant,
                                             SALVADOR VALENCIA-GALVAN

Dated: March 6, 2013.                        /s/ KIMBERLY SANCHEZ
                                             Kimberly Sanchez,
                                             Assistant U.S. Attorney.

                                             Stipulation has been agreed to
                                             by Ms. Sanchez.

### ORDER

Good cause having been shown, the status hearing presently set for Monday, March 11, 2013, at 1:30 p.m., shall be continued to Monday, April 1, 2013, at 1:30 p.m.

Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, any delay resulting from this continuance shall be excluded in the interest of justice.

IT IS SO ORDERED.

Dated:   March 8, 2013

                                             _____
                                             SENIOR DISTRICT JUDGE

2